IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. _____ |
| ON SEMICONDUCTOR CORP. | : |
| and | : |
| SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | : |
| Defendants. | : |

### SAMSUNG'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Samsung Electronics Co. Ltd. ("Samsung") certifies that Samsung is a publicly held corporation organized under the laws of the Republic of Korea and that no publicly held corporation owns 10% or more of Samsung's stock.

Respectfully submitted,

Dated: November 30, 2006

*/s/ John W. Shaw by Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)

OF COUNSEL:

Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY STARGATT
John M. Desmarais      & TAYLOR, LLP
James E. Marina        The Brandywine Building
KIRKLAND & ELLIS LLP   1000 West Street, 17th Floor
153 East 53rd Street   P.O. Box 391
New York, New York 10022-4675   Wilmington, Delaware 19899-0391
(212) 446-4800         (302) 571-6600

*Attorneys for Samsung Electronics Co. Ltd.*