IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG TELECOMMUNICATIONS <br>   AMERICA GENERAL, L.L.C., <br> SAMSUNG SEMICONDUCTOR, INC., and <br> SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br>             Plaintiffs, <br><br>             v. <br><br> ON SEMICONDUCTOR CORP. <br><br> and <br><br> SEMICONDUCTOR COMPONENTS <br> INDUSTRIES, LLC, <br><br>             Defendants. | Civil Action No. 06-CV-0720 (***) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Samsung Electronics America, Inc. ("SEA"), Samsung Telecommunications America General, L.L.C. ("STA"), Samsung Semiconductor, Inc. ("SSI"), and Samsung Austin Semiconductor L.L.C. ("SAS") certifies as follows:

1.   SEA is a wholly owned subsidiary of Plaintiff Samsung Electronics Co., Ltd., which is a publicly held corporation organized under the laws of the Republic of Korea. No other publicly held corporation owns 10% or more of SEA's stock.

2.   STA, SSI, and SAS are wholly owned subsidiaries of SEA. No publicly held corporation owns 10% or more of the stock of STA, SSI, or SAS.

Respectfully submitted,

*/s/ Andrew A. Lundgren*
Josy W. Ingersoll (#1088)
*jingersoll@ycst.com*
John W. Shaw (#3362)
*jshaw@ycst.com*
Andrew A. Lundgren (#4429)
*alundgren@ycst.com*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C.*

OF COUNSEL:

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4675
(212) 446-4800

Dated: December 21, 2006

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 21, 2006, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon the defendants' registered agent as indicated below:

### BY HAND DELIVERY

ON Semiconductor Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Semiconductor Components Industries, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
302-571-6600
*alundgren@ycst.com*