IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO. LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-720 (***) |
| | ) | |
| ON SEMICONDUCTOR CORP. and | ) | |
| SEMICONDUCTOR COMPONENTS | ) | |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Karen Jacobs Louden, Esquire, of Morris, Nichols, Arsht & Tunnell LLP to represent defendants ON Semiconductor Corp. and Semiconductor Components Industries, LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

---
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
 Attorneys for defendants

December 22, 2006

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>John W. Shaw

I also certify that copies were caused to be served on December 22, 2006, upon the following in the manner indicated:

### **BY HAND**

>Josy W. Ingersoll
>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building
>1000 West Street, 17th Flr.
>Wilmington, DE  19899

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden
klouden@mnat.com