IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD, <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG TELECOMMUNICATIONS <br>   AMERICA GENERAL, LLC, <br> SAMSUNG SEMICONDUCTOR, INC., and <br> SAMSUNG AUSTIN SEMICONDUCTOR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. and <br> SEMICONDUCTOR COMPONENTS <br> INDUSTRIES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No.  06-720 (***) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants ON Semiconductor Corp. and Semiconductor Components Industries, LLC ("ON Semiconductor") hereby move to dismiss the November 30, 2006 declaratory judgment complaint for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).  In the alternative, the Court should decline to exercise jurisdiction because the purposes of the Declaratory Judgment Act and the principles of sound judicial administration would not be served by hearing this action.  The grounds for this motion are set forth more fully in ON Semiconductor's opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/  *Karen Jacobs Louden*

_____
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  Attorneys for defendants

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025
(650) 739-3939

December 27, 2006

549923

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 27, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy Ingersoll
> jingersoll@ycst.com
>
> John Shaw
> jshaw@ycst.com

I also certify that copies were caused to be served on December 27, 2006 upon the following in the manner indicated:

### **BY HAND**

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

### **BY FEDERAL EXPRESS**

John M. Desmarais
James E. Marina
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022


*/s/ Karen Jacobs Louden*
klouden@mnat.com