IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO. LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| SAMSUNG TELECOMMUNICATIONS | ) | |
|   AMERICA GENERAL, LLC, | ) | |
| SAMSUNG SEMICONDUCTOR, INC., and | ) | |
| SAMSUNG AUSTIN SEMICONDUCTOR LLC, | ) | |
| | ) | C.A. No.  06-720 (***) |
| Plaintiffs, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| ON SEMICONDUCTOR CORP. and | ) | |
| SEMICONDUCTOR COMPONENTS | ) | |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants state that Semiconductor Components Industries, LLC is a wholly-owned subsidiary of ON Semiconductor Corp., and that ON Semiconductor Corp. is a publicly traded company and that there is no publicly held corporation that owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
Attorneys for Defendants

OF COUNSEL:
Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025
(650) 739-3939

December 27, 2006
549974

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll
John W. Shaw

I also certify that copies were caused to be served on December 27, 2006, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19899

### BY FEDERAL EXPRESS

John M. Desmarais
James E. Marina
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022


*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden
klouden@mnat.com