IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD, ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> SAMSUNG TELECOMMUNICATIONS ) <br>   AMERICA GENERAL, LLC, ) <br> SAMSUNG SEMICONDUCTOR, INC., and ) <br> SAMSUNG AUSTIN SEMICONDUCTOR LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ON SEMICONDUCTOR CORP. and ) <br> SEMICONDUCTOR COMPONENTS ) <br> INDUSTRIES, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 06-720 (***) |

**ON SEMICONDUCTOR'S REPLY TO ITS MOTION TO STAY
ITS RESPONSE TO PLAINTIFFS' MOTION TO ENJOIN**

On December 27, 2006, Defendants ON Semiconductor Corp. and Semiconductor Components Industries, LLC (collectively, "ON Semiconductor") filed a Motion to Stay its Response to Plaintiffs' Motion to Enjoin (the "Motion to Stay"). (D.I. 18.) For the reasons stated in ON Semiconductor's Motion to Stay, and its motions to dismiss, (D.I. 14, 15, 25, 26), the Court must first decide the threshold issue of whether it has subject matter jurisdiction over this action before it can decide plaintiffs' motion to enjoin. Because the Motion to Stay was not decided by the time ON Semiconductor's answering brief in opposition to Plaintiffs' Motion to Enjoin came due, however, ON Semiconductor filed its answering brief on January 10, 2007. (D.I. 24.) As a result, the Motion to Stay is now moot.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        /s/ Karen Jacobs Louden
                        Karen Jacobs Louden (#2881)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                        klouden@mnat.com

OF COUNSEL:            *Attorneys for Defendants*
Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025
(650) 739-3939


January 17, 2007

677015

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 17, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>John W. Shaw

I also certify that copies were caused to be served on January 17, 2007, upon the following in the manner indicated:

>**BY HAND**
>
>Josy W. Ingersoll
>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building
>1000 West Street, 17th Flr.
>Wilmington, DE  19899
>
>**BY FEDERAL EXPRESS**
>
>John M. Desmarais
>James E. Marina
>Kirkland & Ellis LLP
>153 East 53rd Street
>New York, NY  10022

>/s/ Karen Jacobs Louden
>_____
>Karen Jacobs Louden
>klouden@mnat.com