IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>   AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | : | |
| Plaintiffs, | : | Civil Action No. 06-CV-0720 (***) |
| v. | : | |
| ON SEMICONDUCTOR CORP. | : | |
| and | : | |
| SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC, | : | REDACTED |
| Defendants. | : | |

## DECLARATION OF PATRICK MUIR IN SUPPORT OF PLAINTIFFS'
## MOTION TO ENJOIN DEFENDANTS FROM
## PURSUING A DUPLICATIVE TEXAS ACTION

I, PATRICK MUIR, declare that the following is true and correct:

1.    I am a licensed attorney and the principal of Muir Patent Consulting located in

Great Falls, Virginia. I am outside counsel to Samsung Electronics Co. Ltd. Prior to starting

Muir Patent Consulting, I was employed as in-house patent counsel at Samsung, and therefore

have familiarity with Samsung's semiconductor engineering operations. I submit this

Declaration in support of Plaintiffs' Motion to Enjoin Defendants from Pursuing a Duplicative

Texas Action.

      2.    I have been a member of the team that has represented Samsung in its licensing

discussions with Defendants.  I therefore have firsthand knowledge of those discussions.



REDACTED

REDACTED

REDACTED

18.     The complaint filed in Texas includes claims against Samsung for infringement of the '594, '644, and '001 patents, and well as a claim for infringement of the '827 patent. Defendants, however, never disclosed the '827 patent to Samsung during their yearlong licensing discussions.

19.     The Samsung DRAM products that are accused of infringement in this case were designed and developed in Korea. Most of the Samsung witnesses who have knowledge of the relevant technical aspects of the accused products are therefore located in Korea, as are most of the relevant technical documents relating to the accused products.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2006

Patrick Muir

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on February 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 8, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Kenneth R. Adamo, Esquire
> Jones Day
> 2727 North Harwood Street
> Dallas, TX 75201
>
> T. Gregory Lanier, Esquire
> Behrooz Shariati, Esquire
> Jones Day
> 2882 Sand Hill Road, Suite 240
> Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/S/ ANDREW A. LUNDGREN
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
302-571-6600
*alundgren@ycst.com*

MUIR DECLARATION EX. A

**REDACTED**

MUIR DECLARATION EX. B

**REDACTED**

MUIR DECLARATION EX. C

**REDACTED**

MUIR DECLARATION EX. D

**REDACTED**

MUIR DECLARATION EX. E

**REDACTED**

MUIR DECLARATION EX. F

**REDACTED**

MUIR DECLARATION EX. G

REDACTED