

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. <br><br> and <br><br> SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Defendants. | Civil Action No. 06-720 (***) <br><br> REDACTED |

DECLARATION OF PATRICK MUIR IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, PATRICK MUIR, declare that the following is true and correct:

1. I am a licensed attorney and the principal of Muir Patent Consulting located in Great Falls, Virginia. I am outside counsel to Samsung Electronics Co., Ltd. I submit this Declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss.

2. I previously submitted a Declaration in support of Plaintiffs' motion to enjoin Defendants from pursuing the Texas action, which I incorporate by reference herein. A copy of the body of my earlier Declaration is attached as Exhibit 1.

REDACTED



I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2007

_____
Patrick Muir

EXHIBIT 1

**REDACTED**

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on January 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Karen Jacobs Louden, Esquire
>   Morris Nichols Arsht & Tunnell
>   1201 North Market Street
>   PO Box 1347
>   Wilmington, DE 19899-1347

I further certify that on January 12, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>   Kenneth R. Adamo, Esquire
>   Jones Day
>   2727 North Harwood Street
>   Dallas, TX 75201

>   T. Gregory Lanier, Esquire
>   Behrooz Shariati, Esquire
>   Jones Day
>   2882 Sand Hill Road, Suite 240
>   Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com