

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. <br><br> and <br><br> SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 06-720 (***) <br> : <br> : <br> :  <br> : <br> : <br> : <br> : <br> : |

### DECLARATION OF JAY SHIM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, JAY SHIM, declare that the following is true and correct:

1. I am Vice President and General Patent Counsel of Samsung Electronics Co., Ltd. I submit this Declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss.



REDACTED

REDACTED

REDACTED

Case 1:06-cv-00720-JJF    Document 52    Filed 02/12/2007    Page 4 of 6



15. On Monday, December 4, 2006, I learned that Defendants had filed suit against Samsung in Texas, adding a patent that they never disclosed to Samsung. This confirmed to me that Defendants had been planning litigation against Samsung all along.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2007

Jay Shim

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on January 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on January 12, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Kenneth R. Adamo, Esquire
>Jones Day
>2727 North Harwood Street
>Dallas, TX 75201

>T. Gregory Lanier, Esquire
>Behrooz Shariati, Esquire
>Jones Day
>2882 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com