# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 17, 2007

**BY HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

    Re:   *Samsung Electronics Co., Ltd. v. ON Semiconductor Corp.*, C.A. No. 06-720

Dear Magistrate Judge Thynge:

    This law firm represents Plaintiffs Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), Samsung Telecommunications America General, L.L.C. ("STA"), Samsung Semiconductor, Inc. ("SSI"), and Samsung Austin Semiconductor, L.L.C. ("SAS") in the above-referenced matter.

    Plaintiffs filed today a motion to reassign this case to a District Judge of this Court (copy enclosed). As set forth more fully in Plaintiffs' motion, the motion to reassign is necessitated by Defendants' refusal to consent to Your Honor deciding the two pending motions to dismiss filed by Defendants (D.I. 14 and 25), and Defendants' attempt to use that refusal to gain an unfair advantage over Plaintiffs in this Court and in the Eastern District of Texas where Defendants filed a duplicative action after this action was filed.

    Should Your Honor have any questions or concerns, we are available at the convenience of the Court.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL:hkh

cc:    Karen Jacobs Louden, Esquire
        James Marina, Esquire

DB02:5790935.1

065888.1001