IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. <br><br> and <br><br> SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Defendants. | Civil Action No. 06-CV-0720 (***) |

## PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REASSIGN CASE

Plaintiffs filed the instant motion to reassign this action to a District Court Judge of this Court on February 17, 2007 (D.I. 55). Defendants responded to the motion on March 2, 2007, indicating that they do not oppose reassignment.

Because Defendants do not oppose reassignment, and because reassignment is necessitated by Defendants' refusal to consent to Magistrate Judge Thynge's jurisdiction over the two pending motions to dismiss filed by Defendants and the motion to enjoin filed by Plaintiffs, Plaintiffs respectfully request that the Court enter an Order reassigning this case to a District Judge of this Court.

Respectfully submitted,

Dated: March 7, 2007

/s/ John W. Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY STARGATT
& TAYLOR LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

OF COUNSEL:

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4675
(212) 446-4800

*Attorneys for Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C.*

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on March 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on March 7, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>Kenneth R. Adamo, Esquire
>Jones Day
>2727 North Harwood Street
>Dallas, TX 75201

>T. Gregory Lanier, Esquire
>Behrooz Shariati, Esquire
>Jones Day
>2882 Sand Hill Road, Suite 240
>Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
302-571-6600
jshaw@ycst.com