IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., et a., | : :  : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 06-720-*** |
| | : |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | : : : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **15th** day of **March, 2007.**

IT IS ORDERED that the transcript of the teleconference of March 14, 2007 with Judge Thynge shall serve as the Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE