IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD, <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG TELECOMMUNICATIONS <br>   AMERICA GENERAL, LLC, <br> SAMSUNG SEMICONDUCTOR, INC., and <br> SAMSUNG AUSTIN SEMICONDUCTOR LLC, <br><br>         Plaintiffs, <br><br>   v. <br><br> ON SEMICONDUCTOR CORP. and <br> SEMICONDUCTOR COMPONENTS <br> INDUSTRIES, LLC, <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 06-720 (***) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Defendants ON Semiconductor Corporation's and Semiconductor Components Industries, LLC's First Set of Interrogatories to Plaintiffs Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America General, LLC; Samsung Semiconductor, Inc.; and Samsung Austin Semiconductor, LLC; and 2) Defendants ON Semiconductor Corporation's and Semiconductor Components Industries, LLC's First Set of Requests for Production of Documents and Things to Plaintiffs Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America General, LLC; Samsung Semiconductor, Inc.; and Samsung Austin Semiconductor, LLC were caused to be served on March 26, 2006, upon the following counsel:

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | |
|  | */s/ Richard J. Bauer (#4828)* |
|  | Karen Jacobs Louden (#2881) |
|  | Richard J. Bauer (#4828) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
| Kenneth R. Adamo | (302) 658-9200 |
| JONES DAY | klouden@mnat.com |
| 2727 North Harwood Street | *Attorneys for defendants* |
| Dallas, TX  75201-1515 | |
| (214) 220-3939 | |

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

March 26, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 26, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw
>Andrew A. Lundgren

I also certify that copies were caused to be served on March 26, 2006 upon the following in the manner indicated:

### BY HAND AND EMAIL

John W. Shaw
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19899

### BY EMAIL

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022

*/s/ Richard J. Bauer (#4828)*
_____
Richard J. Bauer (#4828)