IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD, ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> SAMSUNG TELECOMMUNICATIONS ) <br>   AMERICA GENERAL, LLC, ) <br> SAMSUNG SEMICONDUCTOR, INC., and ) <br> SAMSUNG AUSTIN SEMICONDUCTOR LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ON SEMICONDUCTOR CORP. and ) <br> SEMICONDUCTOR COMPONENTS ) <br> INDUSTRIES, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 06-720 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Defendants' Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-13); and 2) Defendants' Response to Plaintiffs' First Set of Requests for the Production of Documents to Defendants were caused to be served on May 24, 2007, upon the following counsel:

**BY HAND AND EMAIL**
John W. Shaw
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**
John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer (#4828)*
Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
*Attorneys for defendants*

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

May 24, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 24, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John W. Shaw
> Andrew A. Lundgren
> Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on May 24, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

> John W. Shaw
> Andrew A. Lundgren
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP
> The Brandywine Building
> 1000 West Street
> 17th Floor
> Wilmington, DE  19801

### BY EMAIL

> John M. Desmarais
> James E. Marina
> KIRKLAND & ELLIS
> 153 East 53rd Street
> New York, NY  10022

*/s/ Richard J. Bauer (#4828)*
Richard J. Bauer (#4828)