IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., : : : : : : | |
| Plaintiffs, : | Civil Action No. 06-CV-0720 (***) |
| v. : | |
| ON SEMICONDUCTOR CORP. : and : SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, : : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 7, 2007, copies of Plaintiffs' Objections to Defendants' Second Set of Requests for Production of Documents were served upon the following counsel of record as indicated:

### BY E-MAIL

Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Behrooz Shariati, Esquire        T. Gregory Lanier, Esquire
*bshariati@jonesday.com*          *tglanier@jonesday.com*

Additionally, on June 8, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY FEDERAL EXPRESS**

Behrooz Shariati, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025


Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Please take further notice that on June 8, 2007, curtesy copies of the Plaintiffs' Objections to Defendants' Second Set of Requests for Production of Documents were sent to the following counsel of record as indicated:

**BY FEDERAL EXPRESS**
Behrooz Shariati, Esquire
Jones Day
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

**BY HAND DELIVERY**
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Andrew A. Lundgren* |
|  | Josy W. Ingersoll (No. 1088) |
| **OF COUNSEL:** | John W. Shaw (No. 3362) |
|  | Andrew A. Lundgren (No. 4429) |
| John M. Desmarais | The Brandywine Building |
| James E. Marina | 1000 West Street, 17th Floor |
| KIRKLAND & ELLIS LLP | P.O. Box 391 |
| Citigroup Center | Wilmington, Delaware 19899-0391 |
| 153 East 53rd Street | (302) 571-6600 |
| New York, New York 10022 | *alundgren@ycst.com* |
| Telephone: (212) 446-4800 |  |
| Facsimile: (212) 446-4900 |  |
|  |  |
| Dated:  June 8, 2007 | Attorneys For Plaintiffs *SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.* |