## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., et a., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C. A. No. 06-720-*** |
| | : |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **9th** day of **July, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, July 12, 2007 at 11:00 a.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the case. **Karen Jacobs Louden, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE