IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO. LTD, | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| SAMSUNG TELECOMMUNICATIONS | ) | |
| AMERICA GENERAL, LLC, | ) | |
| SAMSUNG SEMICONDUCTOR, INC., and | ) | |
| SAMSUNG AUSTIN SEMICONDUCTOR LLC, | ) | |
| | ) | C.A. No.  06-720 (***) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ON SEMICONDUCTOR CORP. and | ) | |
| SEMICONDUCTOR COMPONENTS | ) | |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendants ON Semiconductor Corporation And Semiconductor Components Industries, LLC's Initial Disclosure Statement Pursuant To Fed. R. Civ. P. 26(a) were caused to be served on August 13, 2007, upon the following counsel in the manner indicated:

**By Hand and Email**

John W. Shaw
Andrew A. Lundgren
YOUNG CONAWAY STARGATT
 & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**By Email**

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer (#4828)*
Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
rbauer@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for defendants*

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

August 13, 2007

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 13, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John W. Shaw
> Andrew A. Lundgren

I also certify that copies were caused to be served on August 13, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

> John W. Shaw
> Andrew A. Lundgren
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP
> The Brandywine Building
> 1000 West Street
> 17th Floor
> Wilmington, DE  19801

### BY EMAIL

> John M. Desmarais
> James E. Marina
> KIRKLAND & ELLIS
> 153 East 53rd Street
> New York, NY  10022

> */s/ Richard J. Bauer (#4828)*
> Richard J. Bauer (#4828)