IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., et a., | : : : |
| Plaintiffs, | : : |
| v. | :   C. A. No. 06-720-*** |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | : : : : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **24th** day of **August, 2007.**

IT IS ORDERED that the status teleconference scheduled for September 14, 2007 at 1:30 p.m. Eastern time is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE