IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ON SEMICONDUCTOR CORP.<br><br>and<br><br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-720-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 19, 2007, true and correct copies of (i) Plaintiff's Claims Assertions and (ii) this Notice of Service, were served upon the following counsel of record as indicated:

**BY E-MAIL**

Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

      Behrooz Shariati, Esquire    T. Gregory Lanier, Esquire
      *bshariati@jonesday.com*     *tglanier@jonesday.com*
      1755 Embarcadero Road     1755 Embarcadero Road
      Palo Alto, CA 94303       Palo Alto, CA 94303

    PLEASE TAKE FURTHER NOTICE, that on November 19, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notice that such filing is available for viewing and downloading to the following counsel of record.

      Karen Jacobs Louden, Esquire
      *klouden@mnat.com*
      Morris Nichols Arsht & Tunnell
      1201 North Market Street
      PO Box 1347
      Wilmington, DE 19899-1347

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      */s/ Chad S.C. Stover*
      _____

| OF COUNSEL: | Josy W. Ingersoll (No. 1088) |
| --- | --- |
| | John W. Shaw (No. 3362) |
| | Andrew A. Lundgren (No. 4429) |
| John M. Desmarais | Chad S.C. Stover (No. 4919) |
| James E. Marina | The Brandywine Building |
| KIRKLAND & ELLIS LLP | 1000 West Street, 17th Floor |
| Citigroup Center | P.O. Box 391 |
| 153 East 53rd Street | Wilmington, Delaware 19899-0391 |
| New York, New York 10022 | (302) 571-6600 |
| Telephone: (212) 446-4800 | *cstover@ycst.com* |
| Facsimile: (212) 446-4900 | |
| | |
| Dated: November 19, 2007 | *Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.* |