IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG TELECOMMUNICATIONS <br>   AMERICA GENERAL, L.L.C., <br> SAMSUNG SEMICONDUCTOR, INC., and <br> SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. <br> and <br> SEMICONDUCTOR COMPONENTS <br> INDUSTRIES, LLC, <br><br> Defendants. | C.A. No. 06-720-JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian W. Lee, Esquire and John Spaccarotella, Esquire of Kirkland & Ellis LLP to represent plaintiffs in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

Dated: January 16, 2008                              *Attorneys for Plaintiffs*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of January, 2008, that counsel's motion for admission pro hac vice of Brian W. Lee, Esquire and John Spaccarotella, Esquire is granted,

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Brian W. Lee, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 16, 2008

_____
Brian W. Lee
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022-4675
(212) 446-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, John Spaccarotella, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 16, 2008

John Spaccarotella
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022-4675
(212) 446-4800

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on January 16, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Jacobs Louden, Esquire [*klouden@mnat.com*]
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on January 16, 2008, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Behrooz Shariati, Esquire [*bshariati@jonesday.com*]
>T. Gregory Lanier, Esquire [*tglanier@jonesday.com*]
>Jones Day
>1755 Embarcadero Road
>Palo Alto, CA 94025

>Kenneth R. Adamo [*kradamo@jonesday.com*]
>Jones Day
>2727 North Harwood Street
>Dallas, TX 75201-1515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*alundgren@ycst.com*