IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Defendants. | Civil Action No. 06-720 (JJF) |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Defendants. | Civil Action No. 07-449 (JJF) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 3, 2008, copies of *Samsung's Proposed List of Claim Terms for Construction* and this *Notice of Service* were served upon the following counsel of record as indicated:

### BY HAND DELIVERY and E-MAIL

Karen Jacobs Louden, Esquire
klouden@mnat.com
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY E-MAIL

Behrooz Shariati, Esquire
bshariati@jonesday.com
T. Gregory Lanier, Esquire
tglanier@jonesday.com
1755 Embarcadero Road
Palo Alto, CA 94303

Kenneth R. Adamo, Esquire
kradamo@jonesday.com
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Additionally, on March 3, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Karen Jacobs Louden, Esquire
klouden@mnat.com
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                */s/ Andrew A. Lundgren*
                                John W. Shaw (No. 3362)
                                Andrew A. Lundgren (No. 4429)
                                The Brandywine Building, 17th Floor
                                1000 West Street
                                Wilmington, DE 19801
                                302-571-6600
                                alundgren@ycst.com

                                Attorneys for *Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C.*

**OF COUNSEL:**

John M. Desmarais
Jon T. Hohenthaner
Jennifer J. Schmidt
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800


Dated: March 3, 2008