IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 07-449 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 06-720 (JJF) |
| v. | )<br>) | |
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that this Court's October 5, 2007 Scheduling Order (D.I. 47, C.A. No. 07-449-JJF) is revised as follows:

(a) Exchange and completion of contention interrogatories, identification of fact witnesses, and document production shall be commenced so as to be completed by **April 11, 2008**.

(b) All fact discovery must be commenced so as to be completed by **July 11, 2008**.

(c) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on issues for which a party bears the burden of proof are due **August 15, 2008**. Rebuttal expert reports are due **September 12, 2008**.

(d) Expert depositions shall be commenced so as to be completed by **October 17, 2008**.

(e) All other dates in the October 5, 2007 Scheduling Order (D.I. 47, C.A. No. 07-449) shall remain the same.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Richard J. Bauer* | */s/ Andrew A. Lundgren* |
| Karen Jacobs Louden (#2881) | John W. Shaw (#3362) |
| Richard J. Bauer (#4828) | Andrew A. Lundgren (#4429) |
| 1201 N. Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6700 |
| rbauer@mnat.com | alundgren@ycst.com |
| *Attorneys for ON Semiconductor Corp. and Semiconductor Components Industries, LLC* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.L.C.* |

SO ORDERED this _____ day of _____, 2008

_____
Judge Joseph J. Farnan, Jr.

2164717