IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD, :
SAMSUNG ELECTRONICS AMERICA, INC., :
SAMSUNG TELECOMMUNICATIONS AMERICA :
GENERAL, L.L.C., SAMSUNG :
SEMICONDUCTOR, INC., and SAMSUNG :
AUSTIN SEMICONDUCTOR L.L.C., :
 :
        Plaintiffs, :
 :
  v. : Civil Action No. 06-720-JJF
 :
ON SEMICONDUCTOR CORP., and :
SEMICONDUCTOR COMPONENTS :
INDUSTRIES, LLC, :
 :
        Defendants. :

### ORDER

At Wilmington, this 3 day of April 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 14) and Motion to Dismiss the Amended Complaint (D.I. 25) are **DENIED**.

                                                    /s/ Joseph J. Farnan, Jr.
                                        UNITED STATES DISTRICT JUDGE