# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 FAX
klouden@mnat.com

April 25, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

Re: *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.*
C.A. No. 07-449 (JJF)
*Samsung Electronics Co., Ltd, et al. v. ON Semiconductor Corp., et al.*
C.A. No. 06-720 (JJF)

Dear Judge Farnan:

Pursuant to the Court's direction at the October 5, 2007 Scheduling Conference, we write on behalf of ON Semiconductor Corp. and Semiconductor Components Industries LLC ("ON Semiconductor") to inquire about holding a technology tutorial in connection with the upcoming *Markman* hearing. (C.A. No. 06-720, D.I. 84 at 28:11-13). Given the semiconductor technologies involved in this case, ON Semiconductor believes that an in-person technology tutorial may be helpful. If the Court agrees, ON Semiconductor can be available for such a tutorial the day before or the day of the *Markman* hearing scheduled for May 21, 2008, or some other time convenient to the Court.

Respectfully,

/s/ *Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com

KJL/dlb
cc: Clerk of the Court (Via Hand Delivery)
    John W. Shaw, Esquire (Via Electronic Mail)
    James E. Marina, Esquire (Via Electronic Mail)
    John M. Desmarais, Esquire (Via Electronic Mail)
    Behrooz Shariati, Esquire (Via Electronic Mail)

2306307