# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 28, 2008

**BY HAND DELIVERY AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

    Re:    *Samsung Electronics Co., Ltd., et al. v. ON Semiconductor Corp., et al.*,
            Civil Action No. 06-720 (JJF)
            *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.*,
            Civil Action No. 07-449 (JJF)

Dear Judge Farnan:

      I write on behalf of Plaintiff Samsung Electronics Co., Ltd., in response to Defendant ON Semiconductor Corp.'s April 25, 2008, letter requesting that the Court schedule a technology tutorial in advance of the May 21, 2008, *Markman* hearing. Samsung believes that it would be more efficient to provide a brief overview of the technology relating to each of the five patents-in-suit at the *Markman* hearing itself, so that the focus remains centered on the patents and disputes at issue. That approach will also help ensure that the claim construction analysis does not improperly stray from the context in which the disputed terms are used in the written description and prosecution history. Of course, if the Court believes that a more generic technology tutorial would be helpful, Samsung will provide whatever information the Court deems appropriate.

                                                  Respectfully submitted,

                                                   Andrew A. Lundgren (No. 4429)

AAL

cc:    Karen Jacobs Louden, Esquire (by e-mail)