IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| **PERMISSION FOR COUNSEL TO** | ) | C.A. No. 06-720 (JJF) |
| **POSSESS AND UTILIZE A LAPTOP** | ) | C.A. No. 07-449 (JJF) |
| **COMPUTER DURING COURT** | ) | |
| **PROCEEDINGS IN COURTROOM 4B** | ) | |
| **OF THE J. CALEB BOGGS FEDERAL** | ) | |
| **BUILDING** | ) | |
|  | ) | |

## **ORDER**

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector and other video

presentation equipment for proceedings commencing on May 21, 2008 at 2:00 p.m. Counsel

shall comply with the inspection provisions of the United States Marshal.

> Kenneth R. Adamo
> Behrooz Shariati
> Guadalupe M. Garcia
> Eric Cha
> Cora L. Schmid

May 14, 2008
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge

2323914