IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                          )
PERMISSION FOR COUNSEL TO                       )
POSSESS AND UTILIZE A LAPTOP                     )    C.A. No. 06-720-JJF
COMPUTER DURING COURT                           )    C.A. No. 07-449-JJF
PROCEEDINGS IN COURTROOM 4B                      )
OF THE J. CALEB BOGGS FEDERAL                    )
BUILDING                                         )

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector, and other video

presentation equipment for proceedings commencing on May 21, 2008, at 2:00 p.m.    Counsel

shall comply with the inspection provisions of the United States Marshal.

Gregory S. Arovas            Ryan Dodd

Edward C. Donovan

Brian W. Lee

Sean M. McEldowney

Jason Choy

_May 19, 2008_
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                Date

_Joseph J. Farnan_
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JOSEPH J. FARNAN, JR.
United States District Court Judge

DB02:6823705.1                                                  065888.1001