# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Richard J. Bauer
302 351 9131
302 425 3010 Fax
rbauer@mnat.com

May 23, 2008

The Honorable Joseph J. Farnan, Jr.      *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

       Re:     *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.*
             C.A. No. 07-449 (JJF)
             *Samsung Electronics Co., Ltd, et al. v. ON Semiconductor Corp., et al.*
             C.A. No. 06-720 (JJF)

Dear Judge Farnan:

       On behalf of ON Semiconductor Corp. and Semiconductor Components Industries LLC ("ON Semiconductor"), we write in furtherance to the *Markman* hearing held this Wednesday, May 21, to provide copies of the two slides that counsel for ON Semiconductor used during the hearing, but which were not part of the binders that were provided. Slide no. 002a is modified to reflect the parties' proposed constructions of "analog trimming" from U.S. Patent No. 5,361,001. The second slide concerns ON Semiconductor's proposed construction of "pins" from U.S. Patent No. 6,362,644.

                                                       Respectfully,

                                                       Richard J. Bauer (#4828)
                                                       rjbauer@mnat.com

RJB/dlb
  cc:     Clerk of the Court (Via Hand Delivery)
          John W. Shaw, Esquire (Via Electronic Mail)
          John M. Desmarais, Esquire (Via Electronic Mail)
          Behrooz Shariati, Esquire (Via Electronic Mail)

2341312

# "analog trimming" ('001 Patent, Claim 4)

| ON Semiconductor Construction | Samsung Construction |
|---|---|
| modifying an analog value or quantity | fine adjustments of an analog component |

- Disputed Issues –
    - Whether preamble is a limitation
    - Alternatively, claim construction issues –
        - whether trimming is limited to analog circuit components
        - whether trimming is limited to "fine" trimming

002a

# "pins" ('644 Patent, Claim 6)

on the desired logic family application. The configuration of receiver circuit 16 is controlled by connecting configuration pin 22 ($V_A$) and configuration pin 24 ($V_B$) as follows.



ECL: $V_A = V_B = V_{CC} - 2$ volts
CML: $V_A = V_B = V_{CC}$
LVDS: $V_A$ connected to $V_B$

644 Patent, col. 2:25-33



FIG. 5