## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Richard J. Bauer
302 351 9131
302 425 3010 Fax
rbauer@mnat.com

June 4, 2008

The Honorable Joseph J. Farnan, Jr.   *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.*
C.A. No. 07-449 (JJF)
*Samsung Electronics Co., Ltd, et al. v. ON Semiconductor Corp., et al.*
C.A. No. 06-720 (JJF)

Dear Judge Farnan:

At the May 21, 2008 *Markman* hearing, the Court directed the parties to provide dates in June when they and their experts would be available for further proceedings. (Tr. 168-69). ON Semiconductor is available for such a proceeding anytime during the last two weeks of June (*i.e.,* June 17-30). The only dates that Samsung has offered, however, are June 9 and 10, which do not provide sufficient notice or time for preparation. Accordingly, ON Semiconductor requests that the Court set a date for the continued proceeding during the latter half of June.

Respectfully,

Richard J. Bauer (#4828)
rjbauer@mnat.com

RJB/dlb
cc:   Clerk of the Court (Via Hand Delivery)
      John W. Shaw, Esquire (Via Electronic Mail)
      John M. Desmarais, Esquire (Via Electronic Mail)
      Behrooz Shariati, Esquire (Via Electronic Mail)

2353008