IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LL.C., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-449 (JJF) |
| v. | )<br>) | |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 06-720 (JJF) |
| v. | )<br>) | |
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## **NOTICE OF SERVICE**

      The undersigned hereby certifies that copies of *ON Semiconductor's Responses to Samsung's Third Set of Interrogatories (No. 31)* were caused to be served on June 20, 2008, upon the following counsel in the manner indicated:

VIA ELECTRONIC MAIL
and HAND DELIVERY

John W. Shaw
Andrew A. Lundgren
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

VIA ELECTRONIC MAIL

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
rbauer@mnat.com
   *Attorneys for ON Semiconductor Corp. and
   Semiconductor Components Industries, L.L.C.*

*Of Counsel*:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

June 20, 2008
1283023

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw
>Andrew A. Lundgren
>YOUNG, CONAWAY, STARGATT & TAYLOR

I also certify that copies were caused to be served on June 20, 2008 upon the following in the manner indicated:

>**VIA ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>John W. Shaw
>Andrew A. Lundgren
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building
>1000 West Street
>17th Floor
>Wilmington, DE  19801
>
>**VIA ELECTRONIC MAIL**
>
>John M. Desmarais
>James E. Marina
>KIRKLAND & ELLIS
>153 East 53rd Street
>New York, NY  10022

Richard J. Bauer (#4828)