IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Defendants. | C.A. No. 07-449 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Defendants. | C.A. No. 06-720 (JJF) |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that this Court's October 5, 2007 Rule 16 Scheduling Order (C.A. No. 07-449-JJF, D.I. 47), as amended on March 24, 2008 (D.I. 86), is revised as follows:

1. **Discovery.**

    (a) No new requests for written discovery or fact depositions may be served. All outstanding fact discovery must be completed by **August 29, 2008**.

(b)  Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on issues for which a party bears the burden of proof are due **September 15, 2008**.  Rebuttal expert reports are due **October 13, 2008**.

(c)  Expert depositions shall be commenced so as to be completed by **November 3, 2008**.

(d)  If the Court's Markman Order issues later than **September 8, 2008**, the dates in paragraphs (b) and (c) shall still apply, and the parties shall have ten (10) business days to supplement their respective technical expert reports following the issuance of the Court's Markman order only to the extent necessary to conform to any claim construction different from another party's proposed construction.  The parties shall have ten (10) business days following the service of such supplemental technical expert reports to supplement their corresponding rebuttal expert reports only to the extent necessary to respond to new matter raised in the supplemental technical expert reports.  The parties will cooperate in good faith to schedule and complete any expert depositions necessary due to supplementation of the parties' respective technical expert reports.

THE FOLLOWING DATES IN THE COURT'S RULE 16 SCHEDULING ORDER (D.I. 47) SHALL REMAIN THE SAME:

2.  **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **October 27, 2008**.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.  The Court will issue a separate Order regarding procedures for filing summary judgment motions.

- 3 -

3. **Pretrial Conference and Trial.** The Court will hold a Pretrial Conference on **December 3, 2008**. A jury trial is scheduled to commence on **February 10, 2009 at 10:00 A.M.**.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Richard J. Bauer* | */s/ Andrew A. Lundgren* |
| Karen Jacobs Louden (#2881)<br>Richard J. Bauer (#4828)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rbauer@mnat.com | John W. Shaw (#3362)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br>alundgren@ycst.com |
| *Attorneys for ON Semiconductor Corp. and Semiconductor Components Industries, L.L.C.* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.L.C.* |

2401500

SO ORDERED this _____ day of _____, 2008

                                              UNITED STATES DISTRICT JUDGE