# SEALED DOCUMENT

Case 1:06-cv-00720-JJF   Document 231   Filed 09/02/2008   Page 1 of 1

**SEALED DOCUMENT**

# SEALED DOCUMENT